UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NO. 08-20633-2
HON. PATRICK J. DUGGAN

UNITED STATES OF AMERICA,

       Plaintiff(s),

vs.

LUTHER GILFORD,

       Defendant(s).
_____/

## ORDER GRANTING MOTION TO APPOINT NEW COUNSEL

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on July 14, 2009.

This matter is before the Court on Motion to Appoint new counsel for Defendant. For the reasons stated on the record this date;

IT IS ORDERED that the Motion to Appoint new counsel for Defendant be and the same is hereby GRANTED.

IT IS FURTHER ORDERED that Virginia Davidson is appointed to represent the defendant in this matter.

                    s/Patrick J. Duggan
                    Patrick J. Duggan
                    United States District Judge

Dated: July 14, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 15, 2009, by electronic and/or ordinary mail.
                    s/Marilyn Orem
                    Case Manager